UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:14-CR-61-T-33TGW

ROSARIO RIVERA

_____

ORDER

THIS CAUSE came on for consideration upon the defendant's Motion for Preliminary Adversary Hearing and Demand of Discovery (Doc. 3). The motion will be denied since it is premature or meritless. However, the defendant is informed that he is charged in essence with possession of firearms and ammunition on or about October 17, 2013, after having been convicted of a number of felonies.

It is, therefore, upon consideration,

ORDERED:

That the Motion for Preliminary Adversary Hearing and Demand of Discovery (Doc. 3) be, and the same is hereby, **DENIED**.

DONE and ORDERED at Tampa, Florida, this 18th day of March, 2014.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE